# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIFTY-SIX HOPE ROAD MUSIC, LTD., RCR PRODUCTIONS, INC., BONA JUSTITIA MUSIC, INC., MILES DAVIS PROPERTIES, LLC, INDIGO, INC., RICK JAMES TRUST d/b/a MARY JANE PRODUCTIONS, JAMES BROWN ENTERPRISES, INC. and ZION ROOTSWEAR, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MAYAH COLLECTIONS, INC., d/b/a LEGENDS a/k/a LEGENDS 4 LIFE, and KIM L. PERKINS, as officer, director, employee and shareholder of MAYAH COLLECTIONS, INC. and as proprietor of LEGENDS a/k/a LEGENDS 4 LIFE, THE TUNES CO., TUNES, INC. and BOB ROSS, individually and d/b/a THE TUNES CO. and as officer, director, shareholder and employee of TUNES, INC., and R. WORLD, INC. d/b/a R. WORLD SHIRT COMPANY and IBRAHIM ABDUR-RABBANI, individually and as officer, director, shareholder and employee of R. WORLD INC., and NO-TORY-S,<br><br>    Defendants. | Case No. 2:05-CV-01059-KJD-GWF<br><br>**ORDER** |

1  Presently, the Court has before it Defendants The Tunes Co., Bob Ross and Tunes, Inc's
2  Motion for Leave to File Supplemental Declaration of Robert Ross in Support of Defendant's
3  Opposition to Plaintiff's Motion for a Preliminary Injunction (#24).  After having read and
4  considered the motion, and no opposition by Plaintiffs,
5  IT IS HEREBY ORDERED that Defendants' Motion Motion for Leave to File Supplemental
6  Declaration of Robert Ross in Support of Defendant's Opposition to Plaintiff's Motion for a
7  Preliminary Injunction (#24) is **GRANTED**.
8  DATED this 20th day of April 2006.

_____
Kent J. Dawson
United States District Judge